IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATELYN HANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION |
| | ) |
| | )   FILE No. 3:19-cv-00777 |
| | ) |
| BARRACUDA RESTAURANT | ) |
| HOLDINGS, LLC and WEBB | ) |
| CHAPEL VILLAGE, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANTS WITH PREJUDICE**

Plaintiff, KATELYN HANKS ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendants, BARRACUDA RESTAURANT HOLDINGS, LLC and WEBB CHAPEL VILLAGE, INC., with Prejudice.

Respectfully submitted this 4th day of June, 2019.

             Law Offices of
             THE SCHAPIRO LAW GROUP, P.L.

             /s/ Douglas S. Schapiro
             Douglas S. Schapiro, Esq.
             Northern District of Texas ID No. 54538FL
             *Attorney-in-Charge of Plaintiff*
             7301-A W. Palmetto Park Rd., #100A
             Boca Raton, FL 33433
             Tel: (561) 807-7388
             Email: schapiro@schapirolawgroup.com

       Law Offices of
       LIPPE & ASSOCIATES

       <u>/s/ Emil Lippe, Jr.</u>
       Emil Lippe, Jr., Esq.
       State Bar No. 12398300
       Lippe & Associates
       12222 Merit Drive, Suite 1200
       Dallas, TX  75251
       Tel: (214) 855-1850
       Fax: (214) 720-6074
       Email: emil@texaslaw.com

       ATTORNEYS FOR PLAINTIFF,
       KATELYN HANKS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on June 3, 2019, upon all counsel or parties.

       <u>/s/ Douglas S. Schapiro</u>
       Douglas S. Schapiro, Esq.
       Northern District of Texas ID No. 54538FL
       *Attorney-in-Charge of Plaintiff*